UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARRIAN DESHONE ADAMS,
Plaintiff,

v.

ARAMARK SERVICES, INC.,
Defendant.

Case No. 25-cv-08903-SK

**ORDER OF CONDITIONAL DISMISSAL**

Regarding Docket Nos. 45, 47, 49

On June 30, 2026, the parties filed a notice advising the Court that the parties in above captioned matter reached an agreement to resolve the case and anticipated executing a settlement agreement. (Dkt. No. 45.) On August 3, 3026, the parties filed a request to continue the case management conference stating that they were in the process of finalizing their settlement agreement. (Dkt. No. 47.) Yesterday, the parties filed another request to continue the case management conference stating that they how finalized their settlement. (Dkt. No. 49.)

In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within 90 days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar. If no certification is filed, after passage of 90 days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: September 29, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California